Name: Allen Bennett
Prison Number: A-81422
Place of confinement: Mcnard Cor. Ctr
Mailing address: P.O. Box 711
City, State, Zip: Menard, Ill.
Telephone:

FILED
JAN 14 2009
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

Allen Bennett (A-81422)
(Enter full name of plaintiff in this action)

Plaintiff,

vs.

Correctional Officers Jody Moore, Hill, and Monroe, Lt. Westerman, Warden Hulick, Joan Pernecke, Hon. Lawrence P. Fox, Dorthey Brown, Hunnando Brim, Austin Ware, Sherry Benton, Clinical Service Supt. at Menard and Dir. Walker Jr., Dr. Finerman and unknown Med-Tech and Nurse staff at Menard Corr. Ctr.
(Enter full names of defendant(s) in this action. Do NOT use et al.)

Defendant(s).

Case No. 09-46-GPM
(To be supplied by Court)

PRISONER'S COMPLAINT UNDER THE CIVIL RIGHTS ACT
42 U.S.C. § 1983

A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3).

B. Parties

1. Plaintiff: This complaint alleges that the civil rights of Allen Bennett (print your name), who presently resides at P.O. Box 711, Menard, Ill. 62259 (mailing address or place of confinement), were violated by the actions of the below named individual(s).

Prisoner § 1983
Form Effect. 2/05

2. **Defendants** (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, __Jody Moore__ (name), is a citizen of __State of Illinois__ (state), and is employed as a __Correctional Officer__ (defendant's government position/title).

__✓__ This defendant **personally participated** in causing my injury, and I want **money damages**.

**OR**
__✓__ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2, __Correctional Officer HM__ (name), is a citizen of __State of Ill.__ (state), and is employed as __Correctional Officer__ (defendant's government position/title).

__✓__ This defendant **personally participated** in causing my injury, and I want **money damages**.

**OR**
__✓__ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3, __Correctional Officer Monroe__ (name), is a citizen of __State of Illinois__ (state), and is employed as a __Correctional Officer__ (defendant's government position/title).

__✓__ This defendant **personally participated** in causing my injury, and I want **money damages**.

**OR**
__✓__ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

C. **Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

Claim 1: On or about __1-5-08__ (Date), my civil right to __Freedom from cruel and unusual punishment and medical care was violated__ (Right to medical care, access to courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List **only one** violation.)

Defendant No. 4 Lt. Westerman is a citizen of the State of Illinois and is employed as a Correctional Lt. This defendant personally participated in causing my injury. I want money damages and criminal charges.

Defendant No. 5 Warden Donald A. Hulick is a citizen of the State of Illinois and is employed as the Warden at the Menard Corr Ctr. This defendant personally participated in conspiring to cause injuries to me and also the policy/custom of this official government agency violates my rights. I seek both money damages and injunctive relief.

Defendant Joan Pernecke is a citizen of the State of Illinois and is employed as the Assistant State's Attorney of Cook County. This defendant personally participated in conspiring to cause injuries to me on my sentence in the Ill. Dept of Corrections on a single charge and conviction for Agg. Poss. of Stolen Motor Vehicle. I seek both money damages and injunctive relief because this defendant did not acted within the performance of her duties lawfully within the State of Illinois but criminal in violation of 720 ILCS 5/33-3 (b)(c) and 5/33-3.2 (F) and 3.1.

Defendant Hon. Lawrence P. Fox is a citizen of the State of Illinois and is employed as a Judge for the Circuit Court of Cook County. This defendant personally participates in conspiring to cause physical injuries and other injuries to me on my sentence in the IDOC including annexing and exploiting sexual assaults and other violent crimes I have not been tried or convicted or charged in relation to the Agg. Poss. of Stolen Motor Vehicle conviction before his court causing me to be falsely imprisoned under a mittimus under case no. 00-CR-16815 on violent crimes I was not tried on.

Defendant Dorthey Brown is a citizen of the State of Illinois and is employed as the Clerk of the Circuit Court of Cook County. This defendant personally participated in conspiring with the defendants Joan Pernecke and Hon. Judge Lawrence P. Fox to issue a mittimus to the Illinois Dept. of Corrections (two mittimus) under case no. 00-CR-16815, one with a single and lawful conviction of Agg. Poss. of Stolen Motor Vehicle and another with this same conviction information annexed with sexual assaults and other violent crimes I have not been tried, charged, or convicted on in connection with this matter causing me to be falsely imprisoned under those fraudulently charges including parole. (See attached Exhibit A and Bennett v. Hulit et al, case no. 08-CV-120 DRH)

Defendant Hunnando Brim is a citizen of the State of Illinois and is employed as a Parole Agent for the Illinois Dept. of Corrections. This defendant personally participated with the defendants to deprive him of parole after learning that plaintiff was seeking legal help and also defendant Brim personally participated in fraudulently exploiting conviction information of sexual assaults and other violent crimes against me under case no. 00-CR-16315.

Defendant Austin Ware is a citizen of the State of Illinois and is employed as a Parole Supv. Agent for the Ill. Dept. of Corrections. This defendant personally participated with conspiring with the defendant Brim.

Defendant Betty Spiller is a citizen of the State of Ill. and is employed as a Clinical Service Supv. at the Menard Corr. Ctr. This defendant personally participated with all the defendants in their civil and criminal violations against plaintiff.

Defendant Sherry Benton is a citizen of the State of Illinois and is employed in the Office of Inmate Issues for the Ill. Dept. of Corrections. This defendant personally participated with all the defendants in their civil and criminal violations against plaintiff.

Defendant Roger E. Walker JR. ~~was~~ is a citizen of the State of Illinois and is employed as the Director of the Illinois Dept. of Corrections. This defendant ~~to~~ personally participated in conspiring with all the other defendants to violate plaintiff's ~~civil~~ civil rights and committed criminal violations against him in ~~an~~ this operation ~~conducted~~ independent from the State of Illinois.

Defendant Dr. Finnermon is a citizen of the State of Illinois and is employed as the Medical Director at the Menard Corr. Ctr. This defendant personally participated in conspiring with the defendants who attacked plaintiff on 7-5-08, by depriving him of needed medical attention of those injuries he sustained from that attack. Plaintiff continues to suffer from those injuries.

Supporting Facts: (Briefly describe **facts** you consider important to Claim 1. State what happened clearly, **in your own words.** DO NOT cite legal authority or argument. Be certain to describe exactly what each defendant, **by name**, did to violate the right alleged in Claim 1.)

Including rights to be protected. The defendants Moore, Hill, Monroe, and Lt. Westerman unprovokely attacked plaintiff at the Menard Correctional Center Protected Custody Unit acting on a false stigma which contains recorded fraudulently reported conviction information against him erroneously profiling plaintiff as a violent Rapist based upon reference of altered and falsified past convictions which had been illegal annexed to a recent conviction of Aggravated Possession of a Stolen Motor Vehicle. As a result, Plaintiff had been committed to the Illinois Department of Correction on sexual assault crimes and violate crimes on an illegal mittmus while only being convicted of a single aforementioned Auto Theft charge. Plaintiff states that he has been falsely imprisoned on sexual assaults and violent crimes that he never been tried, arrested, nor convicted in connection to the Agg. Poss. of Stolen Motor Vehicle charge. The defendants Dr. Fincaman and unknown Med-Tec and Nurse all deprived Plaintiff of his rights to received proper medical treatment after being beaten and sodomized by the defendant in which he sustained permanent injuries from the attack.

Claim 2: On or about __10-15-02__, my civil right to __Due Process to a__
(Date)                                (Right to medical care, access to courts, due process,
__Trial and more than equal protections of laws were violated__
freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List **only one** violation.)

Supporting Facts: (Briefly describe **facts** you consider important to Claim 2. State what happened clearly, **in your own words.** DO NOT cite legal authority or argument. Be certain to describe exactly what each defendant, **by name**, did to violate the right alleged in Claim 2.)

by the defendants Warden Hulick, Joan Pernecke, Hon. Lawrence P. Fox, Dorthy Brown, Hunnard Brim, Austin Ware, Sherry Benton, CSWS Besty Spiller, One Director Roger E. Walker JR. when plaintiff's conviction information was intentionally and deliberately falsified and reported to the Illinois State Police in violation of 720 ILCS 5/33-3.1 (F) and 5/33-3.2 (F) (Solicitation Misconduct) and 720 ILCS 5/33-3 (b) and (c) (Official Misconduct) in a scheme to fraudulently exploit plaintiff sexual assaults and violate crimes against on official records including annexing these violent crimes on his mittmus on his sentence for a single charge of Agga Poss. of a Stolen Motor Vehicle or under case no. 00-CR-16815 in the Circuit Court of Cook County where as he had been committed to the Illinois Dept of Corr. on violent crimes he was not tried and convicted on. (See Attached Exhibit A and Exhibits in Bennett v. Hulick et al Case no. 08-CV-120 and Case No. 07-CV-239 both USDC-SD-Ill.

Prisoner § 1983
Form Effect. 2/05

Claim 3: On or about __1-5-08__, my civil right to __Medical Care__
(Date) (Right to medical care, access to courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List **only one** violation.)
was violated by the Defendant Dr. Finerman who

Supporting Facts: (Briefly describe **facts** you consider important to Claim 3. State what happened clearly, **in your own words.** DO NOT cite legal authority or argument. Be certain to describe exactly what each defendant, **by name**, did to violate the right alleged in Claim 3.)

refused recommended surgery to repair torn colon as a result of the sodomy attack. One also, the defendant Dr. Finerman, Unknown Med-Tech and Nurse refused proper treatment for Plaintiff on injuries he sustained on 1-5-08 by the defendants Moore, Hill, Monroe, and Lt. Westerman.

**D. Previous Lawsuits**

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved in this action, **or otherwise relating to your imprisonment**? ✓ Yes ____ No

2. If your answer is "Yes," describe each lawsuit.

a. <u>Lawsuit 1</u>:

Plaintiff(s): Allen Bennett

Defendant(s): Warden Hulick and Roger E. Walker Jr.

Name and location of court: USDC-SD Ill case no. 08-CV-120 DRH Habeas Corpus

Docket number: 08-CV-120   Name of judge: Hon. David R. Henson

Approximate date case was filed: _____   Date of final decision: _____

Disposition: ____ Dismissed   ____ Appealed   ✓ Still pending

Issues Raised: Revocation of Good time Credits.

b. <u>Lawsuit 2</u>:

Plaintiff(s): _____

Defendant(s): _____

Name and location of court: _____

Docket number: _____   Name of judge: _____

Approximate date case was filed: _____   Date of final decision: _____

Disposition: ____ Dismissed   ____ Appealed   ____ Still pending

Prisoner § 1983
Form Effect. 2/05

Issues Raised:_____

_____

_____

3. Have you filed an action in federal court that was dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted?

___✓___ Yes  _____ No   If your answer is "Yes," describe each lawsuit.

**Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s): _Don't have records of these claims at this time_

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: _____ frivolous, _____ malicious and/or _____ failed to state a claim

d. Issue(s) raised:_____

_____

_____

e. Approximate date case was filed:_____ Date of final decision:_____

**Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s):_____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: _____ frivolous, _____ malicious and/or _____ failed to state a claim

d. Issue(s) raised:_____

_____

_____

e. Approximate date case was filed:_____ Date of final decision:_____

**Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s):_____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: _____ frivolous, _____ malicious and/or _____ failed to state a claim

d. Issue(s) raised:_____

_____

e. Approximate date case was filed:_____ Date of final decision:_____

4. **Are you in imminent danger of serious physical injury?** ✓ Yes _____ No

If your answer is "Yes," please describe how you are in danger, without legal argument/authority:
The plaintiff is in imminent danger and harm because he has been re-incarcerated after being paroled on 12-1-08. And that Sexual assaults and other violate crimes are still listed on his sentence midtimes in which discovered this facts recently. (See attached Exhibit A) Plaintiff has NOT been convicted or tried on or uncen these crimes relating to his recent parole. These crimes has been illegally exploited publicly against him while on parole and during his sentence. It is at such an extreme act of a fraudulent conviction. Plaintiff is in danger on an ongoing basis. (False imprisonment, malicious prosecution)

E. **Exhaustion of Administrative Remedies**

***REMINDER***
You must exhaust your administrative remedies before your claim can go forward.
THE COURT MAY DISMISS ANY UNEXHAUSTED CLAIMS.

1. Present place of confinement: Menard Correctional Center (maximum)

2. Is there a grievance procedure at this institution? ✓ Yes _____ No

3. If yes, did you present the facts in your complaint for review through the grievance procedure?
   ✓ Yes _____ No

a. If your answer is "No," explain why not: N/A

_____

Prisoner § 1983
Form Effect. 2/05

b. If your answer is "Yes," what steps did you take? I filed this complant directly through the proper chain and there was a final decission by the defendant Sherry Benton

c. Is the grievance procedure complete? ✓ Yes ___ No

　　　If your answer is "Yes," **ATTACH A COPY OF THE FINAL GRIEVANCE RESOLUTION for any grievance concerning facts relating to this case.**

### F. Request for Relief

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $ $10,000,000 (Ten Million dollars)
2. Punitive damages in the amount of $ $20,000,000
3. An order requiring defendant(s) to to seal all plaintiff's criminal records except for the conviction for Agg. Poss. of Stolen Motor Vehicle
4. A declaration that declaring the defenaant actions were Criminal and not based on the lawful operation of the State of Illinois
5. Other: Plaintiff is requesting appointment of counsel

Plaintiff demands a trial by jury. ✓ Yes ___ No

Prisoner § 1983
Form Effect. 2/05

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above civil rights complaint and that the information contained in the complaint is true and correct.

Executed at  Stateville Correctional Center  on  1-9-09
            (Location)                          (Date)

_____
(Plaintiff's Signature)


_____        _____
Original Signature of Attorney (if any)                 (Date)


_____
_____
Attorney's Address and Telephone Number

Prisoner § 1983
Form Effect. 2/05